[No. 29758-9-I.   Division One.   January 24, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID JOSEPH MCRAE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-8-04846-2, Terrence A. Carroll, J., entered December 3, 1991. *Affirmed* by unpublished per curiam opinion.


[Nos. 29438-5-I; 29439-3-I.   Division One.   January 24, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. LORENZO WALKER, *Appellant*.

Appeals from judgments of the Superior Court for King County, Nos. 89-1-05723-5, 90-1-07735-3, Richard M. Ishikawa, J., entered October 30, 1991. *Dismissed* by unpublished per curiam opinion.


[No. 28996-9-I.   Division One.   January 24, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. ARMANDO ALVAREZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-05973-8, Liem E. Tuai, J., entered August 15, 1991. *Dismissed* by unpublished per curiam opinion.


[No. 30240-0-I.   Division One.   January 24, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. LATARA M. JEFFERSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-8-05786-1, Bobbe J. Bridge, J., entered March 13, 1992. *Dismissed* by unpublished per curiam opinion.